# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>      Plaintiff,<br><br>v.<br><br>KAREN A. DRUKER, Trustee of the David & Karen Druker Living Trust Dated 7/14/1995;<br>ELLEN MCANINCH, Co-Trustee of the David Druker Family/GST Trust Dated July 23, 2010;<br>THE SHERWIN-WILLIAMS COMPANY, an Ohio Corporation; and Does 1-10,<br>      Defendants. | Case No.: 5:16-CV-04908-HRL<br><br>**ORDER** **TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. 18 |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for __February 7, 2017__ at **10:00** am pm at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: December 2, 2016

_____
HONORABLE HOWARD R. LLOYD
United States Magistrate Court Judge